**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1712**

———————

OUSMAN M. SILLAH,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A72-000-231)

———————

Submitted:  February 24, 2006          Decided:  May 15, 2006

———————

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Irena I. Karpinski, LAW OFFICES OF IRENA I. KARPINSKI, Washington,
D.C., for Petitioner. Paul J. McNulty, United States Attorney,
Kent P. Porter, Assistant United States Attorney, Norfolk,
Virginia, for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ousman M. Sillah, a native and citizen of Gambia, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See INS v. Doherty, 502 U.S. 314, 323-24 (1992); 8 C.F.R. § 1003.23(b)(4)(ii) (2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Sillah, No. A72-000-231 (B.I.A. June 3, 2005). We deny Sillah's Motion for Stay of Proceedings and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED